# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GEORGE H. FINK, | No. 3:16-CV-01867 |
| Petitioner, | (Judge Brann) |
| v. | (Magistrate Judge Carlson) |
| ROBERT GILMORE, and PA STATE ATTORNEY GENERAL, | |
| Respondents. | |

## ORDER

### DECEMBER 30, 2019

George H. Fink, a Pennsylvania state prisoner, filed a 28 U.S.C. § 2254 petition seeking to vacate his convictions and sentence.[1] In his petition, Fink asserts that his *Miranda*[2] rights were violated, and that his trial counsel was ineffective in several respects.[3] On October 1, 2019, Magistrate Judge Martin C. Carlson issued a Report and Recommendation recommending that this Court deny the petition.[4] Fink sought and received an extension of time to file objections to the Report and

---

[1] Doc. 1.
[2] *Miranda v. Arizona*, 384 U.S. 436 (1966).
[3] Doc. 1.
[4] Doc. 36.

Recommendation.[5]  Objections were thus due on December 16, 2019, but no timely objections were filed.

Where no objection is made to a report and recommendation, this Court will review the recommendation only for clear error.[6]  Regardless of whether timely objections are made, district courts may accept, reject, or modify—in whole or in part—the findings or recommendations made by the magistrate judge.[7]  After reviewing the record, the Court finds no error—clear or otherwise—in Magistrate Judge Carlson's conclusion that Fink's petition is without merit.  Consequently, **IT IS HEREBY ORDERED** that:

1. Magistrate Judge Martin C. Carlson's Report and Recommendation (Doc. 36) is **ADOPTED**;

2. Fink's 28 U.S.C. § 2254 petition (Doc. 1) is **DENIED**;

3. The Court declines to issue certificate of appealability;[8] and

4. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge

---

[5]   Docs. 37, 38.

[6]   Fed. R. Civ. P. 72(b), advisory committee notes; *see Henderson v. Carlson*, 812 F.2d 874, 878 (3d Cir. 1987) (explaining that court should in some manner review recommendations regardless of whether objections were filed).

[7]   28 U.S.C. § 636(b)(1); Local Rule 72.31.

[8]   *See Slack v. McDaniel,* 529 U.S. 473, 484 (2000) (setting forth legal standard).